**Herman Cefus NEWMAN,**
**Plaintiff—Appellant,**

v.

**Gene M. JOHNSON, Director; Fred Schilling, Medical Director; Eddie Pearson, Warden; Hunter Johnson, Major; Ms. Massengburg, Grievance Coordinator, Defendants—Appellees.**

No. 06–7977.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 4, 2007.

Decided: May 18, 2007.

Herman Cefus Newman, Appellant Pro Se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Cefus Newman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Newman v. Johnson*, No. 2:05–cv–00566–JBF (E.D.Va. Nov. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*